United States District Court
Southern District of Texas
FILED

JUL 18 2000

Michael N. Milby
Clerk of Court

# United States District Court

FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Anthony Dixon *

(Enter above the full name of the plaintiff or plaintiffs in this action.)

V.s.

Wayne Scott
David forrest
fransic Oerther
Joseph Holloman

(Enter above the full name of the defendant or defendants in this action.)

MISCELLANEOUS
CIVIL ACTION NO. B-00-028

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 US 1983
(For Use in Prisoner Litigation)

NOTE: The Clerk will not file your complaint unless it conforms to these forms and the instructions for filing which you were provided. Consult the instructions as you prepare your complaint.
DO NOT leave blanks on these forms. If an item is not applicable, state so or write "N/A" Be aware that you may be subject to penalties or sanctions by the Court (such as dismissal and assessment costs) for perjury.

Anthony Dixon

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes [ ] No [✓]

B. Have you begun other lawsuits in state or federal court relating to your conditions of confinement? Yes [ ] No [✓]

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than lawsuit,describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaitiffs: N/A

Defendants: N/A

Item C.

1. Court (if federal court, name the district; if state court, name the county) : N/A
2. Docket number: N/A
3. Name of Judge to whom case was assigned: N/A
4. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) N/A
5. Approximate date of filing lawsuit: N/A
6. Approximate date of disposition: N/A

Use additional page(s) for other lawsuits. Provide the same type of information as you did above for each.

II. PLACE OR INSTITUTION WHERE THIS COMPLAINT OCCURED: Willacy County State Jail facility, 1695 S. Baffalo Dr., Raymondville, TX. 78580

A. Is there a prisoner grievance procedure in this institution?
Yes [✓] No [ ] N/A [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES:
1. What steps did you take: I filed grievances on the matters
2. What was the result? (see II C(2) on respond sheet)

D. If your answer is NO, explain why not: N/A

E. If you are an inmate in the Texas Department of Corrections and your complaint relates to your confinement there, have you interviewed with an attorney from the Inmate Legal Services Project of the State Bar of Texas? Yes[ ] No [✓]

F. If your answer is NO, explain why not: they can not be used to prepair writs, Damage suits against the institution or personal of the institution. we are not allowed to use them for legal matters.

ClibPDF - www.fastio.com

III. Parties To This Lawsuit

A. Name of Plaintiff: Anthony Louis Dixon
Inmate Number: # 849656
Institution/Unit of Confienement: Willacy State Jail facility
Address: 1695 South Baffalo Dr., Raymondville, TX. 78580

B. Additional Plaintiff(s) (If any). In this space, provide the same type of information as requested in "A" above. N/A

C. Name of Defedant: Wayne Scott
Official Position (employed as): Executive Director, TDCJ-ID
Place of Employment: Texas Dept. of Criminal Justice - ID
Address for service: P.O. Box 99, Huntsville, TX. 77342
(TDCJ-ID - Texas Dept. of Criminal Justice - Institutional Division)

D. Additional Defedants (if any):
Name of Defendant: David forrest
Official Position (employed as): Warden, W.C.C.
Place of Employment: Willacy County State Jail facility
Address for service: 1695 South Baffalo Dr. Raymondville, TX. 78580

Name of Defendant: fransic Oerther
Official Position (employed as): Director of Willacy Medical Dept.
Place of Employment: Willacy County State Jail facility
Address for service: 1695 South Baffalo Dr., Raymondville, TX. 78580

Use additional page to list other defendants. Provide the same type of information as you did above for each.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ClibPDF - www.fastio.com

Additional space for "Statement of Claim": I am filing 3 Claims:
I. Deliberate Indifference to serious medical need.
I was diagnosed by Dentist Holloman of having T.M.J. Dysfunction Syndrome. He stated that he would give me the help I needed to try and correct my problem, but that he would have to first get approval from the authority that dental work could be afforded. On the next visit he stated that he wouldn't be able to help me at all. I had explain the tremendous pain this problem was causing me. I was told that they have done all that they can do for me at Willacy County State Jail facility. I requested to recieve the dental work necessary to alleviate my problem, from the Willacy unit or be transferred to TDCJ-ID that I may recieve the help I needed. I haven recieved any help. I am in very much pain. I first seen the Dentist on 11/9/99. I last seen the Dentist on 5/23/00.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I have filed 3 Claims.

1. Deliberate Indifference To Serious Medical Need:
I would like the Court to see that I recieve the Dental work necessary to correct my problem. I would like the court to see that Willacy unit Provide me with the Dental/medical attention or have me transferred to a TDCJ-ID facility that will provide me with the Dental/medical attention.

VI. VERIFICATION ( Must be provided by each plaintiff.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/14/00 (date)    Anthony Dixon (Signature of Plaintiff)

ClibPDF - www.fastio.com

Re: 11
"Page 2"

II (a) What was the result?

1. Grievance of "Deliberate Indifference to serious medical need" You were diagnosed of [illegible] Distal [illegible] [illegible] [illegible]

2. [illegible] [illegible] reasonable access [illegible] your request [illegible] [illegible] I never received [illegible] [illegible] [illegible] [illegible]

3. Grievance [illegible] [illegible] [illegible] [illegible] [illegible]

I appealed [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

ClibPDF - www.fastio.com

Respond

"Page 3"

III Parties To This Lawsuit.

D. Additional Defendants:

Name of Defendant: Joseph Holloman

Official Position (employed as): Dentist

Place of Employment: Willacy County State Jail

Address for service: 1695 south Baffalo Dr,

Raymondville, TX 78580

ClibPDF - www.fastio.com

Relief
Sought
(Continued)

2. Deprivation of Material To Afford Reasonable Access To Court: I would like the court to see that I be provided with complete Access to the courts. I would like the court to see that the Willacy unit provide me with all the materials I need or transfer me to a TDCJ-ID facility that can provide me with the materials that I need.

3. Cruel And Unusual Punishment: I would like the court to see that all state Jail confinees and TDCJ-ID offenders incarcerated at the Willacy unit be completely separated at all times.

I am requesting the same Relief under all 3 claims: these are the reliefs I am seeking. I am seeking Actual Damages, Punitive Damages, Compensatory Damages, Mental Anguish, Pain and suffering, Injunctive Relief and Monetary Relief.

I am seeking a total of 5,000,000 dollars in these Reliefs.

ClibPDF - www.fastio.com

[illegible]
[illegible]
([illegible])

Statement of Claim

D. [illegible] J. Holloman: is Dentist
He [illegible] treatment [illegible]
[illegible]
[illegible]
He is [illegible]
[illegible]

II [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

ClibPDF - www.fastio.com

# CERRIFICATE

I, Anthony (name) Dixon, do hereby certify that a true and correct copy of the foregoing Title 42 U.S.C. § 1983, complaint for Violation of Civil Right (name) of instrument) has been served upon the defendant(s) by placing same in the U.S. Mail, addressed to Clerk of the U.S. District Court Brownsville, 600 E Harrison (name and address of defendant(s) or counsel Brownsville, TX., 78520 on the (date) 14 day of July (month) 2,000, (year) ______.

Anthony (Your signature) Dixon

ClibPDF - www.fastio.com

Respond
"Page 4"
(continue)

Statement Of Claim:

I. A. Defendant # 1 – Wayne Scott: As Exec. Director, TDCJ-ID. He is responsible to see that Not any of my Statutory or constitutional rights be Violated. I was sentence to TDCJ-ID and they contracted the Willacy County state Jail facility to incarcerate me for not more than 2yrs. He is to reassure that Willacy County State Jail facility Not Violate any of my statutory or constitutional rights. Wayne Scott is fully responsible for all offenders that is sentence to TDCJ-ID under incarceration until they complete their sentence or be released out on parole,

B. Defendant # 2 – David forrest:- As warden: W.C.F. He is responsible for all TDCJ-ID offenders that is incarcerated at the Willacy State Jail facility. It is his responsibility to see that not any of the TDCJ-ID offenders Statutory or constitutional – rights be violated by the Willacy County State Jail facility.

C. Defendant # 3 – fransic Oerther: as Director of Medical she is responsible to see that TDCJ-ID Offenders recieves all the medical treatments that they are in need of while they are incarcerated at the Willacy County State Jail facility.

ClibPDF - www.fastio.com

Respond
"Page 4"
(Continue)

Statement of Claim:

III A. Defendant #1 - Wayne Scott; As Exec. Dir. TDCJ-ID
He is responsible to see that not any of my statutory or constitutional rights be violated. Willacy County State Jail facility has a contract with TDCJ-ID to incarcerate me as well as other state offenders for not more than 2yrs. Wayne Scott is fully responsible for me in every way. He is to reassure that Willacy County State Jail facility not violate any of my statutory or constitutional rights. He is to reassure that I as well as other State offenders be protected from attacks by other offenders and State Jail confinees incarcerated at Willacy County State Jail facility.

B. Defendant #2 - David Forrest; Warden; WCC
He is responsible for all TDCJ-ID offenders who are incarcerated at Willacy County State Jail facility. He is to assure that Willacy County State Jail facility not violate any of the TDCJ-ID offenders statutory or constitutional rights. He is to assure that I as well as other TDCJ-ID offenders at Willacy County State Jail facility be protected from attacks by offenders or confinees.

ClibPDF - www.fastio.com

Respond
"Page 4"
(Continue)

Statement Of Claim:

II A. Defendant #1 - Wayne Scott: as Exec. Dir. TDCJ-ID
He is responsible to see that Not any of my Statutory or constitutional rights be violated. Willacy County state Jail has a contract with TDCJ-ID to incarcerate me as well as others state Offenders for Not more than 2yrs. Wayne Scott is fully responsible for me in every way. He is to reassure that Willacy County State Jail Not Violate any of my Statutory or Constitutional rights. He is to reassure that I as well as other State Offenders have complete access to court.

B. Defendant #2 - David Forrest: As Warden. WCC.
He is responsible for all TDCJ-ID Offenders who are incarcerated at Willacy County State Jail facility. He is to assure that Willacy County State Jail facility Not Violate any of the TDCJ-ID offenders statutory or Constitutional - rights. He is to assure that I as well as other TDCJ-ID offenders at Willacy County State Jail facility have complete access to Court.

ClibPDF - www.fastio.com

Respond
"Page 4"
(Continue)

Statement of Claim:

III Cruel And Unusual Punishment:

Willacy County State Jail facility is in Violation with the security measures between state Jail confinees and TDCJ-ID Offenders. Security measures requires that there be complete separation between State Jail confinees and TDCJ-ID offenders incarcerated at Willacy County State Jail facility. The Security at Willacy County State Jail are allowing both State Jail Confinees and TDCJ-ID Offenders to be housed in the same building, to enter and exit from the same building together, travel to difference locations together, attend church services together, School, Law Library, Commissary and attend medical together. As a result of these Violations many assults has occured between State Jail confinees and TDCJ-ID Offenders. This breach of security has cause TDCJ-ID offenders incarcerated at Willacy County State Jail to suffer and be penalized. The TDCJ-ID Offenders are not fully protected from being attacked by State Jail confinees. I filed Grievance on this matter 5/2000. NO action has been taken on Security Measures.

ClibPDF - www.fastio.com