AO 240 (Rev. 6/86) Application to Proceed ®

# United States District Court

for The Southern _____ **DISTRICT OF** Texas, Brownsville Division

Anthony Dixon

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

v.

Wayne Scott
David Forrest
fransic Derther
Joseph Holloman

**CASE NUMBER:** B-00-028

**MISCELLANEOUS**

I, Anthony Dixon _____, declare that I am the *(check appropriate box)*

☑ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant          ☐ _____
                                                    *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                     Yes ☐    No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   4/10/1998  I recieved  $7.50/hr

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment          Yes ☐    No ☑
   b. Rent payments, interest or dividends?                           Yes ☐    No ☑
   c. Pensions, annuities or life insurance payments?                Yes ☐    No ☑
   d. Gifts or inheritances?                                          Yes ☐    No ☑
   e. Any other sources?                                             Yes ☑    No ☐

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        05/12/00
ER06/KKE1563              IN-FORMA-PAUPERIS DATA                  08:59:05
TDCJ#: 00849656 SID#: 02188643 LOCATION: WILLACY        INDIGENT DTE: 00/00/00
NAME: DIXON,ANTHONY LOUIS                   BEGINNING PERIOD: 11/01/99
PREVIOUS TDCJ NUMBERS: 00517887 00669842 00969541
CURRENT BAL:       10.02 TOT HOLD AMT:       0.00 3MTH TOT DEP:       180.00
6MTH DEP:        205.00 6MTH AVG BAL:      107.72 6MTH AVG DEP:        34.17
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/00      85.20            0.00       01/00      88.52            0.00
03/00     165.13          155.00       12/99     212.95           25.00
02/00      25.13           25.00       11/99     357.81            0.00
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Walker_

ON THIS THE _12th_ DAY OF _May_ , _00_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____

·····     ·····it LüMMiSSAR1 RECEIPT

TDC NO.: 00849A5A    NAME: GIXON ANTHONY LOUIS
DATE:   07/05/00    TIME: 10:14

BEGINNING T.F. BALANCE:     1.24
AMOUNT OF PURCHASE:         1.00 REGULAR
CURRENT BALANCE:            0.24

SPENDING PERIOD BAL.:      74.00

6/14/ Anthony Dixon