**COPY**

In The United State District Court
for The Southern District of Texas
Brownsville Division

United States Courts
Southern District of Texas
FILED
OCT 17 2001
Michael N. Milby, Clerk

Anthony Dixon, Pro Se
Plaintiff

Vs.

Wayne Scott, David Forrest, Francis Oerther, and Joseph Holloman, ET AL.
Defendants

§
§
§
§
§

MISC
~~Civil~~ Action
NO: B-00-028

Motion For Extention of time To File Written Objection To The Proposed Findings, Conclusion And Recommendation Of The United State Magistrate Judge — With Brief In Support

To the Honorable Judge of said Court:

Comes Now Anthony Dixon (849656), Plaintiff in the above Styled and Numbered cause and files this "Motion For Extention of time to file written Objection to the proposed Finding Conclusion and Recommendations of the Magistrate Judge — with Brief In Support.

The Plaintiff will show the following in Support

# I
# Jurisdiction

The court has jurisdiction of the parties and subject matter pursuant Title 42 U.S.C.A. § 1983. Plaintiff having received the courts finding Conclusion and Recommendation on Oct. 11th 2001 Plaintiff now timely files for an Extention to file Objections

# II
# Request

Plaintiff is a pro se petitioner and asserts that he is neither legal advisor nor qualified Paralegal. He is a layman with no legal training which would enable him to know the proper way to draft his petition or clearly and factually file Objection to magistrate Judge finding Conclusion and Recommendation with Brief in support. Plaintiff must relay upon the Mandate set forth in HAINES V. KERNER, 404 U.S. 519, 92 S. CT 594 (1972) as cited in Hughes V. Rowe, 449 U.S. 5, 101 S Ct. 173 (1980) which holds that Pro se litigants must not be held to the more stringent standards that are required of Lawyers. Having received the courts Recommendations on Oct. 11th 2001, the Plaintiff has until the 21st of October to file a response and/or Objection to the magistrate Judges findings Conclusion and Recommendation.

The plaintiff respectfully request a 20 day Extention until the 10th of November 2001 to file a Brief in his appeal of the magistrate Judges finding, conclusion and Recommendation.

## Prayer

Wherefore premises considered, Plaintiff move this court to grant this motion, Premitting Plaintiff to file his Brief on or By the 10th of November 2001, to the united state magistrate Judge's finding, conclusion and Recommendation.

Respectfully Submitted,

*Anthony Dixon*

Anthony Dixon, Plaintiff
Pro se. # 849656
Rufe Jordan unit (E-201)
1992 Hilton Road
Pampa, Texas 79065.

## Unsworn Declaration

I Anthony Dixon, ID# 849656, being presently incarcerated in Texas-Department-of-Criminal Justice-Institutional Division (Ruth Jordon unit) Pampa, Tx. declare under penalty of perjury that the foregoing (motion) is true and correct to the best of my imediate knowledge.

Excuted on this 13th day of October, 2001.

*Anthony Dixon*
Anthony Dixon
Pro se # 849656

## Certificate of Service

I Anthony Dixon, Plaintiff/Pro Se in the entitled, Styled, and Numbered cause do hereby certify that a true and correct copy of this motion for extention of time to file written Objection to the proposed findings conclusion and Recommendation of the United state magistrate Judge, has been mailed united states postage first class on the 13th day of October 2001. a.d. addressed to:

United States District Court
P.O. Box 61010
Houston, TX. 77208

Respectfully Submitted

*Anthony Dixon*

Anthony Dixon
TDCJ-ID # 849656
Rufe Jordan unit
1992 Hilton Road
Pampa, Texas 79065