Anthony Dixon
TDCJ-ID-849656
1992 Hilton Rd.
Pampa, TX. 79065

(stamp date and Return This Copy me)

~~Civil~~ MISC Action No: B-00-028
10/15/2001

United State District-Clerk
P.O. Box 61010
Houston, TX. 77208

United States Courts
Southern District of Texas
FILED
OCT 1 8 2001
Michael N. Milby, Clerk

Dear sir,

This letter ~~is~~ to Notify the court I (Anthony Dixon) do here by "Object" to the proposed finding, conclusions and recommendation of the magistrate Judge's report and recommendation to Dismissed my 42 U.S.C § 1983 complaint file in the United State District Court. My Civil Action No: B-00-028 is not frivolous or malicious and my complaint does state a claim upon which relief maybe granted. I have filed an admended complaint. The court must reinstate my claim because I have exhausted my administrative Remedies. I do have proof in form of letters and grievances step 1 and step II filed on my complaints. My state administrative Remedies has been exhausted.

I received Notice of U.S. Magistrate Judge's finding, conclusion and recommendation on 10/11/01. I have filed a motion for extension of (20 days) time to Object-with Brief to Magistrate Judge report and recommendation. I hare by Object to magistrate Report and recommendation. Anthony Dixon 849656