IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| ANTHONY DIXON § <br> TDCJ #849656 § <br>     Plaintiff-Petitioner § <br> § <br> VS. § <br> § <br> WAYNE SCOTT, DAVID § <br> FORREST, FRANSIC OERTHER, § <br> JOSEPH HOLLOMAN, § <br>     Defendants-Respondents. § | MISC. ACTION NO. B-00-028 |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of October 1, 2001 should be **ADOPTED**.

IT IS **ORDERED** that Anthony Dixon's 42 U.S.C. § 1983 complaint (Docket No. 1) be **DISMISSED**.

DONE in Brownsville, Texas, on this 29th day of October, 2001.

_____
Filemon B. Vela
United States District Court Judge