Anthony Dixon
849656-E-201-8
1992 Hilton Rd
Pampa, Tx. 79065
11/8/01
Civil Action No: B-00-028 MISC-

United State District Court
Clerk, Michael N. Milby
P.O. Box 61010
Houston, Texas 77208

Dear sir,

I received a notice from the District court Judge stating that he (Judge-Filemon B Vela) had Adopted the magistrate Judge's Report and Recommendation of October 1, 2001. He did a de NOVO review of the entire file. The District Judge Order on 29th of October 200_ that my 42 U.S.C. § 1983 be Dismissed.

I filed with the United State District court a motion are Extension of time (20 days) to objection to the magistrate Judge's findings, conclusions, and Recommendation. The motion was stamped and dated 10/17/01.

— I had request that I send a Brief along with my objection to explain why I was not allowed to exhaust my administrative Remedies. The District Adopted the Magistrate Judge's recommendation and dismissed my 42 USC § 1983 before I was allowed to Brief my objection.

I understand that under §1997e(a) you must exhaust before filing 42 U.S.C § 1983. I am a lay-person with no legal knowledge. I don't understand all my options, at this point.

2

I would like to know if I can appeal the District court Judge's decision within the 30 day limit. If so will you please send me all the instruction and application necessary. Will I have to appeal to the 5th circuit or is it possible to reopen my claim with the District court, with an opportunity to show that the administrative exhaustion was not possible due to ignored or interfered with me receiving a response on my grievances and there were irregularities in the administrative procedure of the TDCJ system.

I would like to know if my case was Dismissed without prejudice by District Judge Fileman B Vela or with prejudice. Will I be allowed to exhaust my administrative Remedies and then refile my 42 U.S.C § 1983 in the United State Dist. Court?

My Question is can I appeal to the District Judge's Order to Dismiss my 42 U.S.C § 1983 or can I exhaust my administrative Remedies and then refile my 42 U.S.C. § 1983?

Please, inform me of my options and send me instruction and application necessary.

Please stamp and date the copy of this letter inclosed in this request for information.

Respectfully Submitted