*18*

----------------
No. 02-40800
----------------

United States District Court
Southern District of Texas
FILED

ANTHONY DIXON

Petitioner - Appellant

JUL 0 9 2002

Michael N. Milby
Clerk of Court

v.                    MISC B-00-28

WAYNE SCOTT; DAVID FORREST; FRANSIC OERTHER, Director of
Willacy Medical Department; NFN RODRIGUEZ; GARY JOHNSON,
Warden; E BRAVO; R OROZCO; JOSEPH HOLLOMAN; RICKY POOL;
FRANK HOKE; VICKY BARROW; JOHN DOE DELEON

Respondents - Appellees


## ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this
28th day of June, 2002, see FED. R. APP. P. 42(b).


CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Jodi Rodrigue, Deputy Clerk

FOR THE COURT - BY DIRECTION

DIS-4


A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana

JUN 2 8 2002

# United States Court of Appeals

FIFTH CIRCUIT

**MAIL**

OFFICE OF THE CLERK

United States District Court
Southern District of Texas
RECEIVED

JUL 0 9 2002

Michael N. Milby, Clerk

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

June 28, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

        No. 02-40800 Dixon v. Scott
        USDC No. B-00-MC-28

Enclosed is a certified copy of the judgment issued as the mandate.

            Sincerely,

            CHARLES R. FULBRUGE III, Clerk

            By: _____
                Jodi Rodrigue, Deputy Clerk
                504-310-7718

cc: w/encl:
    Mr Anthony Dixon
    Mr Bruce Russell Garcia

P.S. to Mr Dixon:  No action will be taken on the motion for leave
                   requesting to dismiss appeal as it is unnecessary,
                   since you have already filed a motion requesting
                   the same relief.

MDT-1