19

Anthony Dixon
849656- L-208 T
1992 Hilton Rd.
Pampa, TX 79065
7/16/02

United States Courts
Southern District of Texas
FILED
JUL 22 2002
Michael N. Milby, Clerk

Micheal N. Milby, Clerk
United States District Court
Southern District of Texas

Re: NO: B-00-028 MC

Dear Clerk,

   I recently received a court order from the United States District Court. The court is requesting a more definite statement of facts, as to proof of exhaustion of my administrative remedies.

   In particular, I must recite with specificity the factual allegations showing that I have exhausted my administrative remedies. I must also explain in detail the steps I took in the state grievance procedure and the results therefrom.

   I must furnish the court with any and all copies of the grievances filed, as well as any and all copies of the responses I received to those grievances.

   I have 30 days until 8/12/02 to comply with the court's order. I aver that I already sent my grievances to this court attached to my new application under 42 USCA § 1983 complaint. I

Leave of Court to Refile Civil Action No: B-00-028 with Additional Claims (Docket No: 16).

My Application refiling my 42 USCA §1983 under No: B-00-028 with grievances and memorandum attached shows proof of exhaustion of my State grievances Remedies. I assume the judge has not reviewed these instrument before made his Order. I assume your office has received the aforemention instrument. I your office forward my Motion for Leave of Court to Refile Civil Action No: B-00-028 with Additional Claims (Doc. #16) you did not forward my aforemention instrument or the Court has not considered them, before the court made it's Order.

Please check your records and see if you have my Application (Refiling) 42 USCA §1983, In Forma pauperis, motion for leave of court to refile civil Action No: B-00-028 with Additional Claims (Doc. the attachment of grievances and memorandum.

I am request a copy of the entire Docket sheet on civil Action No: B-00-028/00-mc-28. The Docket sheet will show if you have received the aforemention instruments.

I would like to know if my new application will be placed on Docket. Does the Motion for leave of court to Refile Civil Action No. B-00-0 with additional claims (Doc No.16) has to be ~~off~~ approved before my new application under 42 USCA §1983 can be Docketed?