IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 1 6 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTHONY DIXON, § | |
| TDCJ # 849656, § | |
|    Plaintiff-Petitioner, § | |
| § | |
| VS. § | MISCELLANEOUS NO. B-00-028 |
| § | |
| WAYNE SCOTT, DAVID FORREST, § | |
| FRANSIC OERTHER, JOSEPH HOLLOMAN, § | |
|    Defendants-Respondents. § | |

### ORDER

On this 15th day of August, 2002, the Court having considered the following Motions entered the following rulings:

Docket No. 16    Motion for Leave of Court to Refile Civil Action No: B-00-028, with Additional Claims is hereby **MOOT.**

Docket No. 20    Motion for Extension of Time to Allow Plaintiff to Respond to a Court Order with Brief in Support is hereby **DENIED.**

DONE at Brownsville, Texas, on this 15th day of August, 2002.

_____
John Wm. Black
United States Magistrate Judge