25

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**SEP 1 2 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTHONY DIXON, | § | |
| TDCJ # 849656, | § | |
| Plaintiff-Petitioner, | § | |
| | § | |
| VS. | § | MISCELLANEOUS NO. B-00-028 |
| | § | |
| WAYNE SCOTT, DAVID FORREST, | § | |
| FRANSIC OERTHER, JOSEPH HOLLOMAN, | § | |
| Defendants-Respondents. | § | |

## <u>O R D E R</u>

Anthony Dixon has filed a Motion of Objection to Magistrate Judge John Wm. Black's

Decision to Moot Plaintiff's Motion for Leave of Court to Refile Miscellaneous No. B-00-028 with

Additional Claims and the Denial of Plaintiff's Motion for Extension of Time to Allow Plaintiff to

Respond to a Court Order with Brief in Support.

IT IS HEREBY **ORDERED** that said Motion is **DENIED**.

DONE at Brownsville, Texas, on this 12th day of September, 2002.

_____
John Wm. Black
United States Magistrate Judge