IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTHONY DIXON, § | |
|    Plaintiff-Petitioner, § | |
| § | |
| v. § | MISCELLANEOUS NO. B-00-028 |
| § | |
| WAYNE SCOTT, DAVID FORREST, § | |
| FRANCISC OETHER, JOSEPH HOLLOMAN, § | |
|    Defendants-Respondents. § | |

## ORDER

The Court has reviewed Petitioner's Motion dated October 7, 2002, entitled Appeal to the Decision of Judge John Black (Doc. 26), as well as Petitioner's correspondence dated October 16, 2002 (Doc. 27), and has determined there are no new issues raised. As there are no new issues raised, these Motions are hereby DENIED.

DONE at Brownsville, Texas, on this the 5th day of December, 2002.

Filemon B. Vela
United States District Judge