IN The UNITED STATES DISTRICT COURT
FOR The SOUTHERN DISTRICT OF TEXAS
. Brownsville Division

United States District Court
Southern District of Texas
FILED

DEC 2 0 2002

Michael N. Milby
Clerk of Court

Anthony Dixon
          Plaintiff

V

Wayne Scott, David Forrest,
Francis Oether, Joseph
Holloman, ET AL.
                  Defendants

§
§
§
§
§
§

Civil Action:
No: B-00-028

Notice OF Appeal

To The Honorable Judge Of Said Court:
    Notice is hereby given the __Anthony Dixon__, the
Plaintiff in the above Named and Numbered cause, hereby
appeals to the UNITED States Court OF Appeals FOR the
5th circuit From the denial OF Plaintiff 42 USC § 1983.
entered in civil Action __NO: B-00-028__ on the __30__ day of
__Oct., 2002__, and Motions Dockets #26 and #27 by Order OF
United States District Judge, Filemon B. Vela 12/5/02.

                              __Anthony Dixon__
                              Anthony Dixon, Plaintiff
                              # 849656