IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTHONY DIXON, § | |
|     Plaintiff-Petitioner, § | |
| § | |
| v. § | MISCELLANEOUS NO. B-00-028 |
| § | |
| WAYNE SCOTT, DAVID FORREST, § | |
| FRANCISC OETHER, JOSEPH HOLLOMAN, § | |
|     Defendants-Respondents. § | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Rule 22 (b) of the Federal Rules of Appellate Procedure requires that the District Court rule on the issuance of a Certificate of Appealability upon the filing of a Notice of Appeal. An applicant cannot perfect an appeal without the Certificate of Appealability. The standard for such a certificate is set forth in 28 U.S.C. § 2253. In order to issue the Certificate of Appealability, the applicant must make a substantial showing of the denial of a constitutional right. In this Court's judgment, the Petitioner has failed to make such a showing and therefore, the Certificate of Appealability is hereby DENIED.

DONE in Brownsville, this 16th day of January, 2003.

                                                                            Filemon B. Vela
                                                                     United States District Judge

United States District Court
Southern District of Texas
ENTERED
JAN 2 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk