IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

_Anthony Dixon · #849654_
Plaintiff's name and ID Number
_Texas Department of Criminal_
_Justice, Institutional Division_
Place of Confinement

_Wayne Scott, David Forrest,_
_Francis Oether, Joseph Holloman_
_P.O. Box 12548, Capitol Station_
_Austin, TX  78711_
Defendant's name and address

United States District Court
Southern District of Texas
FILED

MAR 11 2003

Michael N. Milby
Clerk of Court

CASE NO. _B-00-028_
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _Anthony Dixon_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment          Yes☐ No☑
   b. Rent payments, interest or dividends?                  Yes☐ No☑
   c. Pensions, annuities or life insurance payments?        Yes☐ No☑
   d. Gifts or inheritances?                                 Yes☐ No☑
   e. Family or friends?                                     Yes☑ No☐
   f. Any other sources?                                     Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _mother $175.00, Brother $90.00, Sister $300.00_

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
         Yes☑         No☐
   If you answered YES, state the total value of the items owned.

   _$ 4.45 in inmate Trust Fund account_

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐        No ☒

If you answered YES, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746).

Signed this the ___3___ day of __April__, 2003

_Anthony Dixon_   849656
Signature of Plaintiff         ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE              03/04/03
JN32/MSI7469          IN-FORMA-PAUPERIS DATA                            17:30:16
TDCJ#: 00849656  SID#: 02188643 LOCATION: JORDAN        INDIGENT DTE: 03/03/0.
NAME: DIXON,ANTHONY LOUIS                  BEGINNING PERIOD: 09/01/02
PREVIOUS TDCJ NUMBERS: 00517887 00669842 00969541
CURRENT BAL:         4.45 TOT HOLD AMT:         0.00 6MTH TOT DEP:      126.67
6MTH DEP:          181.67 6MTH AVG BAL:        32.74 6MTH AVG DEP:       30.2?
MONTH HIGHEST BALANCE TOTAL DEPOSITS      MONTH HIGHEST BALANCE TOTAL DEPOSITS
02/03         30.00         30.00         11/02         39.95         25.00
01/03         35.22         36.30         10/02         76.27         30.00
12/02         40.37         40.37         09/02        114.77          0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION


STATE OF TEXAS COUNTY OF GRAY
ON THIS THE  4  DAY OF  March  ,03, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NF SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____     OR SID NUMBER: _____
```



MELONIA SIMMONS
Notary Public, State of Texas
My Commission Expires 06-24-2006