IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY DIXON | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CA B-00-028 |
| | § | |
| WAYNE SCOTT, DAVID FORREST, | § | |
| FRANDISC OETHER, and JOSEPH | § | |
| HOLLOMAN, | § | |
| Respondents. | § | |

APR - 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Before the Court is Petitioner's Motion for Leave to Proceed in Forma Pauperis (Doc. 32).

After reviewing the file and Petitioner's Motion this Court hereby GRANTS Petitioner's Motion to Proceed in Forma Pauperis.

DONE in Brownsville this _4th_ day of April, 2003.

Filemon B. Vela
United States District Judge