# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---
No. 03-40158
Conference Calendar
---

D.C. Docket No. B-00-MC-28

U.S. COURT OF APPEALS
**FILED**
OCT 2 2 2003
CHARLES R. FULBRUGE III
CLERK

ANTHONY DIXON

      Plaintiff - Appellant

v.

WAYNE SCOTT; DAVID FORREST; FRANSIC OERTHER, Director of Willacy Medical Department; NO FIRST NAME RODRIGUEZ, No First Name Given; GARY JOHNSON; E BRAVO; R OROZCO; JOSEPH HOLLOMAN; RICKY POOL; FRANK HOKE; VICKY BARROW; JOHN DOE DELEON

      Defendants - Appellees

United States District Court
Southern District of Texas
FILED
NOV 1 7 2003
Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE:   NOV 1 3 2003

A true copy
   Test

Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
      Deputy

New Orleans, Louisiana    NOV 1 3 2003

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

November 13, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED
NOV 17 2003
Michael N. Milby, Clerk of Court

No. 03-40158 Dixon v. Scott
   USDC No. B-00-MC-28

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume    (   ) Envelopes    (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: /s/ Rhonda M. Ferrara
Rhonda M. Ferrara, Deputy Clerk
504-310-7703

cc: (letter only)
    Honorable Filemon B Vela
    Mr Anthony Dixon
    Mr Bruce Russell Garcia
    Ms Cynthia L Alexander

MDT-1